IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHERI L. TILLEY                                                            PLAINTIFF

v.                                Case No. 2:17-CV-2149

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                    DEFENDANT

**ORDER**

The Court has received proposed findings and recommendations (Doc. 15) from United States Magistrate Judge Mark E. Ford. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this 2nd day of January, 2019.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE